IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                        CR. NO. 04-20159

LAKEITH HAMPTON

    Defendant.

### ORDER GRANTING MOTION TO CONTINUE CHANGE OF PLEA

This cause came on upon the motion of the Defendant to continue the change of plea hearing set on May 3, 2005 at 1:30 p.m. For good cause shown, the Court hereby grants the Defendant's motion and directs this matter to be placed on the next report docket. Further time is excluded under the Speedy Trial Act.

**IT IS SO ORDERED** this 3rd day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CR-20159 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT