IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 12 AM 9: 47

ROBERT ~ ~ TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff,

VS.

                                  CR. NO. 04-20159-B

LAKEITH HAMPTON,

    Defendant.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

---

This cause came on for a report date on March 28, 2005. At that time, counsel for the defendant requested a continuance to May 3, 2005 for change of plea.

The Court granted the request and set a change of plea date of Tuesday May 3, 2005. The Court subsequently granted the defendant's Motion to Continue and re-set the **<u>change of plea date for Tuesday, May 31, 2005 at 10:30 a.m.</u>**, in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, TN.

The period from May 3, 2005 through June 17, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this _12th_ day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **5-16-05**



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:04-CR-20159 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT