# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 22  AM 8: 26

CLERK, U.S. DISTRICT COURT
WD OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                              CR. NO. 04-20159

LAKEITH HAMPTON

    Defendant.

---

## ORDER GRANTING MOTION TO CONTINUE CHANGE OF PLEA

---

    This cause came on upon the motion of the Defendant to continue the change of plea hearing

set on July 21, 2005 at 10:00 a.m.   For good cause shown, the Court hereby grants the Defendant's

motion. The hearing will be reset for Aug. 9, 2005 @ 9:00. The time under the Speedy Trial Act is expended, 18 USC § 3161 (h)(8)(B)(iv)

    **IT IS SO ORDERED** this 20ᵗʰ day of July, 2005.


**J. DANIEL BREEN**
**UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-22-05_

64

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:04-CR-20159 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT