IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 10 AM 8: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>VS. )<br>)<br>LA KEITH HAMPTON )<br>    Defendant. )<br>) | CR. NO. 04-20159-01-B |

### ORDER ON CHANGE OF PLEA
### AND SETTING

This cause came on to be heard on August 9, 2005, the United States Attorney for this district, Joe Murphy, appearing for the Government and the defendant, La Keith Hampton, appearing in person and with counsel, Michael Scholl, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **THURSDAY, NOVEMBER 10, 2005, at 9:00 A.M., before Judge J. Daniel Breen.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 9th day of August, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-10-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:04-CR-20159 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT